## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott M. Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

1.I am a Border Patrol Agent-Programs with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Prosecution Unit in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases.

2.From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases.

3. I make this affidavit in support of a Criminal Complaint charging TAMARA IVETH SHIGUANGO-VARGAS,[1] the defendant, with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

4. On August 4, 2025, at approximately 9:13 PM, Border Patrol Agent - Resident Agent (BPA-RA) Derek Wilcox, was contacted by Houlton Sector dispatch (ME-KED 620) regarding a request for assistance from the Maine State Police (MSP). ME-KED 620 provided the contact information for the MSP trooper. BPA Wilcox contacted Trooper (TPR) Christopher Saunders at approximately 9:18 PM. TPR Saunders stated that he had stopped a vehicle for speeding near mile-marker 45 southbound on I-95 in Portland, Maine. TPR Saunders stated that there were three people in the vehicle and requested assistance verifying the identity of the driver, who could not provide identification. While BPA-RA Wilcox was on the phone with TPR Saunders, one of the passengers absconded from the vehicle. BPA-RA Wilcox responded to his location to assist with the search and to identify the driver.

5. At approximately 9:31 PM, BPA-RA Wilcox arrived at the traffic stop, near mile-marker 45 southbound on I-95 in Portland, Maine. BPA-RA Wilcox observed two MSP patrol vehicles behind a white 2020 Toyota Camry bearing Massachusetts registration 1LBF54. BPA-RA Wilcox approached TPR Saunders' vehicle and observed

---

[1] The supporting documents in this matter identify the defendant as "Iveth Tamara Shiguano-Vargas". However, when speaking with BPA-RA Wilcox, the defendant indicated her first name was Tamara, with Iveth coming afterward.

that he had the driver detained in his patrol vehicle. TPR Saunders stated that when he first asked the driver for his driver's license, he had presented the back seat passenger's driver's license as his own. TPR Saunders had then ordered the driver to exit the vehicle and wait at the rear of the vehicle while he attempted to verify his identity. He stated it was then that a female passenger fled from the vehicle. At this point, other MSP troopers had arrived to search for the female passenger. BPA-RA Wilcox then proceeded to the Toyota and observed an adult male sitting in the rear passenger seat. He asked if the male preferred to speak in English or Spanish and he stated he preferred to speak in Spanish. BPA-RA Wilcox questioned him as to his citizenship and immigration status in the United States. Through questioning and record checks, BPA-RA Wilcox determined that he was a citizen of Ecuador with a lawful immigration status in the United States.

6. BPA-RA Wilcox then interviewed the driver, who had been detained in TPR Saunders' patrol vehicle. The driver, who also spoke Spanish, stated that he was in active immigration proceedings. Record checks confirmed that the driver had a valid court date scheduled and an accurate address listed on file. BPA-RA Wilcox determined that there was no immigration violation.

7. At approximately 9:47 PM, MSP located the subject who had fled from the vehicle hiding nearby. MSP brought the female subject, the defendant, later identified as SHIGUANGO-VARGAS, Iveth Tamara[2] (DOB: 10/09/1995, COC: Ecuador) back to the scene of the traffic stop. When the defendant arrived, BPA-RA Wilcox noticed that she was not in handcuffs and had walked unassisted by MSP. BPA-RA Wilcox identified himself as a Border Patrol Agent and questioned her as to her citizenship. She stated

---

[2] See note 1, *supra*.

that she was a citizen of Ecuador. BPA-RA Wilcox then asked if she had any immigration documents that would allow her to enter or remain in the United States. She stated that she had documents at her house. BPA-RA Wilcox next asked her to provide her name and date of birth. She provided the name SHIGUANGO-VARGAS, Tamara (10/09/1995). He entered this information into mobile query[3], which returned no results. BPA-RA Wilcox then took a picture of the defendant using his government cell phone and ran a facial recognition query. The query yielded a likely match bearing the name SHIGUANGO-VARGAS, Iveth Tamara. BPA Wilcox confronted the defendant with the record, and she admitted that it was her. Record checks revealed that she had been previously deported and had no lawful immigration status in the United States. A final order of removal had been issued on August 9, 2024, and had been removed on September 19, 2024, via Harlingen, Texas. It further revealed that she had not applied for or received any permission to re-enter the United States subsequent to her previous deportation. At approximately 10:18 PM, BPA-RA Wilcox made a warrantless arrest of the defendant based on a violation of 8 USC § 1326a. BPA-RA Wilcox then read the defendant her Miranda rights in Spanish.

8. BPA-RA Wilcox then transported the defendant to the Area Port of Portland to allow her to use the restroom. BPA Ryan Lamoreau later transported the defendant to the York County Jail for overnight detention. On August 5, the defendant was transported to the Area Port of Portland in South Portland, Maine for processing.

---

[3] Mobile Query is a technology tool used by U.S. Border Patrol agents in the field to access immigration/criminal statuses in real-time. It allows agents to query various law enforcement databases directly from their mobile devices.

9. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

10. I, Scott M. Hanton, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and believe, and I make this oath under pains and penalties of perjury.

Scott Hanton
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Aug 07 2025

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title